1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | First Library Square
1114 Fremont Avenue
3 | South Pasadena, CA 91030-3227

4 | Tel: 626-799-9797
Fax: 626-799-9795

5 | Attorney for Plaintiff
6 | J & J Sports Productions, Inc.



7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | J & J Sports Productions, Inc., | Case No. CV 09-00784

12 | Plaintiff, | NOTICE OF BANKRUPTCY
OF DEFENDANT JAMES KIM;
13 | AND ORDER (Proposed)

14 | vs.

15 | James Kim, et al.,

16 | Defendants.
17

18

19 | TO THE CLERK OF THE COURT:

20

21 | Please take notice that Plaintiff is informed and believes that James Kim, filed

22 | a Voluntary Petition seeking protection from creditors in bankruptcy pursuant to the

23 | United States Bankruptcy Code, in Case No. 8:08-bk-11936-TA, of the U.S.

24 | Bankruptcy Court, Central District of California, Santa Ana Division. Please also

25 | find a true and correct copy of the April 16, 2008, Notice of Bankruptcy Case Filing

26 | from the Clerk of the U.S. Bankruptcy Court of the Central District of California

27 | attached hereto and made part hereof as Plaintiff's Exhibit 1.

28

**WHEREFORE**, Plaintiff J & J Sports Productions, Inc. requests that this Honorable Court issue an Order staying the pending action subject to the disposition of the Plaintiff's claims to be asserted against this particular defendant in the subject bankruptcy.

Respectfully submitted,

Dated: August 12, 2009          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
BY: Thomas P. Riley
Attorney for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

## ORDER (Proposed)

The above-entitled action is hereby stayed as to Defendant James Kim, only, pending disposition of Plaintiff's claims against Defendant James Kim in bankruptcy.

*Defendant shall notify the court upon conclusion of the bankruptcy proceeding by the discharge of mr Kim, Plaintiff shall notify the court within ten (10) days whether it intends to seek relief from stay.*

OWW

IT IS SO ORDERED:

Date: 8-13-09

Honorable Oliver W. Wanger
United States District Court
Eastern District of California

///

///

///

///

///

///

///

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# ORIGINAL

1 | MIN W. SUH (SBN 210292)
LAW OFFICES OF MIN W. SUH
2 | STE 112, 732 N. DIAMOND BAR BLVD.
DIAMOND BAR, CA 91765
3 | TEL: (909) 860-8792
FAX: (909) 860-8971
4

5 | Attorneys for Debtor,
JAMES KIM



6 | UNITED STATES BANKRUPTCY COURT

7 | CENTRAL DISTRICT OF CALIFORNIA

8 | SANTA ANA DIVISION

9

10

11 | In Re ) Case No.: 8:08-BK-11936-TA
JAMES KIM, )
12 |      Debtor ) NOTICE OF BANKRUPTCY CASE
) FILING AND 341(A) MEETING
13 | )
14 | )
15

16 |     PLEASE TAKE NOTICE THAT the bankruptcy case concerning Defendant, James Kim,

17 | was filed under Chapter 7 of the United States Bankruptcy Code on 4/16/2008. The case was

18 | assigned to Judge Theodor Albert. The bankruptcy trustee is Karen Sue Naylor, whose address

19 | is P.O. Box 504 Santa Ana, CA 92702-0504. The telephone number is (949) 262-1748.

20 |     The meeting of creditors under Section 341(a) of the Code will be held at 11:00 a.m. on

21 | Mayy 28, 2008 at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701.

22

23 | Dated: May 13, 2008

24

25 | Min W. Suh, ESQ.
Attorney for Defendant, James Kim

Notice of Bankruptcy Case Filing – 1

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 12, 2009, I served:

### NOTICE OF BANKRUPTCY

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

James Kim (Defendant)
4984 E. Kings Canyon Rd.
Fresno, CA 93727

ECI Group, Inc. (Defendant)
4984 E. Kings Canyon Rd.
Fresno, CA 93727

Min W. Suh, Esquire                     Counsel for bankruptcy debtor
732 N. Diamond Bar Blvd., Ste. 112      James Kim
Diamond Bar, CA 91765

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 12, 2009, at Los Angeles, California.

Dated: August 12, 2009                  /s/ Maria Baird
                                        MARIA BAIRD