UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | 1:09-CV-00784 OWW SKO |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| JAMES KIM, et al. | |
| Defendants. | |

Pursuant to the notice of voluntary dismissal filed October 11, 2010 pursuant to FRCvP 41(a),

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   October 19, 2010**                    **/s/ Oliver W. Wanger**
                                                                        UNITED STATES DISTRICT JUDGE

1